```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
KEITH DREW,                                                       :
                                                                  :
                              Plaintiff,                          :     18-CV-8529 (JMF)
                                                                  :
              -v-                                                 :          ORDER
                                                                  :
CITY OF NEW YORK; CORRECTION OFFICER                              :
GASKIN, Manhattan Criminal; CORRECTION                            :
OFFICER JANE DOE, Manhattan Criminal; WARDEN                      :
DOE, Manhattan Detention; CAPTAIN WETZEL,                         :
Manhattan Detention; CAPTAIN WILLIAMS,                            :
Manhattan Detention; GRIEVANCE OFFICER,                           :
Manhattan Detention; GRIEVANCE COORDINATOR,                       :
Manhattan Detention; CAPTAIN MITCHELL, Anna M.                    :
Kross Center,                                                     :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On December 6, 2018, Defendant City of New York filed a letter (1) in response to this Court's October 9, 2018 *Valentin* Order (Docket No. 6); (2) an extension of time to respond to this Court's October 9 Order; and (3) seeking a stay of this case. (Docket No. 13).

On the first, Defendant informs the Court that three of the defendants named in the Complaint have been identified. "Warden Doe" is Warden Sherma Dunbar. "Grievance Officer" and "Grievance Coordinator" are Grievance Officer Kristin Jackson, Shield No. 17351, and Grievance Representative Asurie Halstead, respectively. (Docket No. 13 at 2). However, "Correction Officer Jane Doe" has not yet been identified. (Docket 13). Plaintiff is advised that once Correction Officer Jane Doe is identified, he will be required to amend the complaint to properly name those identified here and the remaining Jane Doe. But Plaintiff is also advised that, to avoid multiple amendments, **he need not amend the complaint until the Court orders**

**him to do so**.

On the second, Defendant's time to respond to this Court's October 9 Order is hereby EXTENDED to **January 9, 2019**.

On the third, Defendant's request for a stay pending the resolution of the ongoing Department of Correction ("DOC") investigation is GRANTED for the reasons set forth in Defendant's letter (except that Defendants shall comply with Court's October 9 Order, as modified above, notwithstanding the stay).  (*See* Docket No. 13 at 2-3).  Defendant is hereby ORDERED to notify the Court promptly upon completion of the DOC investigation and to provide a status update to the Court on the DOC investigation, in the form of a letter of not more than two pages, **every sixty days from the date of this Order** until the stay is lifted.

The Clerk of Court is directed to terminate Docket No. 13 and to update the docket to reflect this stay.  The Clerk of Court is also directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: December 6, 2018
       New York, New York

_____
JESSE M. FURMAN
United States District Judge