UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                :
KEITH DREW,                                      :

                                   Plaintiff,          :          18-CV-8529 (JMF) (SN)

                  -v-                                   :          <u>ORDER</u>

CITY OF NEW YORK et al.,                    :

                              Defendants.      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated during the teleconference held on the record on April 20, 2020, the parties' request for three months to engage in settlement discussions is GRANTED. By separate order to be entered later today, the Court will refer the parties to the assigned Magistrate Judge for settlement purposes. The parties shall contact the assigned Magistrate Judge **within two weeks of the date of this Order** to schedule a settlement conference to be held **before July 30, 2020**.

      No later than **June 26, 2020**, counsel for the City shall file on ECF a status letter that (1) describes the progress of any settlement discussions, (2) provides any updates about Defendant Gaskin, including whether he has been made aware of this action and plans to defend the case, and (3) proposes next steps in the litigation. **By the same date**, counsel for the City shall file on ECF a protective order signed by all appearing parties for the Court's approval. The parties shall then appear for a pretrial conference with the Court on **July 30, 2020**, at **3:30 p.m.**

      Finally, with the City's consent, as discussed on the record, it is hereby ordered that Correction Officer Cleo Foster, Shield No. 18222, as identified in the City's letter at ECF No. 56, shall be substituted as a Defendant for Correction Officer Miguelina Reyes, Shield No. 9177. In addition, Correction Officer Lavdrim Jani, Shield No. 17359, as identified in the City's letter at ECF No. 56, is hereby substituted for Defendant "Correction Officer Yani." Any references to Defendants Reyes and Yani in the parties' filings shall be construed as references to Defendants Foster and Jani, respectively. The Court requests that Defendants Foster and Jani waive service of summons.

      **Within two days of the date of this Order**, counsel for the City shall mail a copy of this Order to Plaintiff and file proof of such service on ECF. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

      The Clerk of Court is directed to replace Defendant "Correction Officer Miguelina

Reyes, Shield No. 9177," with Defendant "Correction Officer Cleo Foster, Shield No. 18222," and to replace Defendant "Correction Officer Yani" with Defendant "Correction Officer Lavdrim Jani, Shield No. 17359" on the docket.

    SO ORDERED.

Dated: April 20, 2020
      New York, New York

                                           JESSE M. FURMAN
                                      United States District Judge