UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

KEITH DREW,                                      :
                                                 :
                          Plaintiff,             :          18-CV-8529 (JMF) (SN)
                                                 :
            -v-                                  :          ORDER
                                                 :
CITY OF NEW YORK et al.,                         :
                                                 :
                          Defendants.            :
                                                 :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On May 7, 2020, the Court received a voicemail message on behalf of Defendant Correction Officer Gaskin regarding an extension request. Any communications with the Court must be filed on the docket in writing by either Defendant Gaskin himself, if he is proceeding *pro se*, or from a lawyer who enters a notice of appearance on his behalf.

Currently, Defendant Gaskin is in default, *see* ECF No. 63, as stated on the record at the initial conference held on April 20, 2020. At the conference, the Court deferred further action on the claims against Defendant Gaskin until the City submits a status letter, no later than **June 26, 2020**, indicating whether Defendant Gaskin has been made aware of this action and plans to defend the case. *See* ECF No. 74.

**Within two days of the date of this Order**, counsel for the City shall mail a copy of this Order to **both** Plaintiff and Defendant Gaskin and file proof of such service on ECF. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

SO ORDERED.

Dated: May 8, 2020                    _____
       New York, New York                      JESSE M. FURMAN
                                            United States District Judge