UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KEITH DREW,

                                   **Plaintiff,**                      **18-CV-8529 (JMF)(SN)**

             -against-                                 **SETTLEMENT CONFERENCE ORDER**

**CITY OF NEW YORK, et al.,**

                                  **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     A settlement conference by telephone is scheduled July 22, at 10:00 a.m. to discuss resolution of the litigation. At the scheduled time, each party shall call (877) 402-9757 and enter access code 7938632 #.

     IT IS HEREBY ORDERED that the Warden or other official in charge of the Mid-State Correctional Facility produce Keith Drew, DIN No. 19-A-3129 on July 22, 2020 no later than 9:50 a.m. to a suitable location within the Mid-State Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. IT IS FURTHER ORDERED that Plaintiff be permitted to participate in the telephonic conference in a confidential manner, without the presence of third parties, unless safety or security issues necessitate the termination of Mr. Drew's presence on the call.

     If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by emailing Courtroom Deputy Rachel Slusher Rachel_Slusher@nysd.uscourts.gov.

Defense counsel is directed to send this Order to the Warden immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  June 25, 2020
        New York, New York

cc:   Keith Drew (*By Chambers*)
      #19A3129
      Mid-State C.F.
      9005 Old River Rd.
      P.O. Box 2500
      Marcy, NY 13403