UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
KEITH DREW, :
:
                            Plaintiff, :          18-CV-8529 (JMF) (SN)
:
      -v-                                     :                ORDER
:
CITY OF NEW YORK, et al., :
:
                          Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the circumstances surrounding COVID-19, the Court will not hold the upcoming conference in this case in person. ECF No. 74. In the City's status letter due July 23, 2020, *see* ECF Nos. 74, 88, the City should indicate whether they can do without a conference altogether, after conferring, to the extent possible, with Plaintiff.

      After reviewing the City's status letter, the Court will issue an order indicating whether the conference is cancelled and addressing any other relevant deadlines and information. If a conference is held, it will be by telephone, albeit perhaps at a different time. To that end, if counsel believe that a conference would be appropriate, they should indicate in their joint status letter dates and times during the week of the currently scheduled conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      **Within two days of the date of this Order**, counsel for the City shall mail a copy of this Order to Plaintiff and file proof of such service on ECF. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF

      SO ORDERED.

Dated: July 20, 2020                              _____
      New York, New York                        JESSE M. FURMAN
                                                         United States District Judge