UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KEITH DREW,

                         **Plaintiff,**

          -against-

**CITY OF NEW YORK, et al.,**

                        **Defendants.**

------------------------------------------------------------------X

**18-CV-8529 (JMF)(SN)**

**SETTLEMENT CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2020

**SARAH NETBURN, United States Magistrate Judge:**

    A settlement conference by telephone is scheduled for September 2, 2020, at 10:00 a.m. to discuss resolution of the litigation. At the scheduled time, each party shall call (877) 402-9757 and enter access code 7938632 #.

    IT IS HEREBY ORDERED that the Warden or other official in charge of the Mid-State Correctional Facility produce Keith Drew, DIN No. 19-A-3129 on September 2, 2020, no later than 9:50 a.m. to a suitable location within the Mid-State Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. IT IS FURTHER ORDERED that Plaintiff be permitted to participate in the telephonic conference in a confidential manner, without the presence of third parties, unless safety or security issues necessitate the termination of Mr. Drew's presence on the call.

    If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by emailing Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov.

Defense counsel is directed to send this Order to the Warden immediately. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   August 6, 2020
         New York, New York