UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEITH DREW,

                                Plaintiff,                    18-CV-11709 (ALC)(SN)

      -against-                                       **ORDER**

CITY OF NEW YORK, et al.,

                                Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X

KEITH DREW,

                                Plaintiff,                    18-CV-8529 (JMF)(SN)

      -against-

CITY OF NEW YORK, et al.,

                                Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has scheduled a settlement conference on September 2, 2020, in Drew v. City of New York, et al., 18-cv-08529 (JMF)(SN), a case involving the same plaintiff and at least one of the same defendants as Drew v. City of New York, et al., 18-cv-11709 (ALC)(SN). The parties in Drew v. City of New York, et al., 18-cv-11709 (ALC)(SN), are ORDERED to meet and confer to discuss whether they should also participate in the settlement conference on September 2, 2020. The parties in Drew v. City of New York, et al., 18-cv-11709 (ALC)(SN), shall file a letter by August 20, 2020, informing the Court as to whether they agree it would be productive to participate in the settlement conference. The

parties should note that the settlement conference will proceed by telephone and the Court will be able to speak confidentially with each party separately during the conference.

The Clerk of Court is respectfully requested to mail one copy of this order to the plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: August 11, 2020
           New York, New York