UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KEITH DREW,

                Plaintiff,

                18-CV-8529 (JMF)

-v-

                ORDER

CITY OF NEW YORK et al.,

                Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court understands from Magistrate Judge Netburn that this case may be on the verge of settlement. Any and all deadline are STAYED. Defendants shall, in the absence of a stipulation of settlement or dismissal, submit a status letter no later than **30 days from the date of this Order**.

      SO ORDERED.

Dated: October 14, 2020
       New York, New York

                _____
                JESSE M. FURMAN
                United States District Judge