

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**JOSHUA KAUFMAN**
Phone: (212) 356-3521
Fax: (212) 356-1148
Email: jokaufma@law.nyc.gov
*Assistant Corporation Counsel*

November 13, 2020

**VIA ECF**
Honorable Judge Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:     <u>Keith Drew v. City of New York, et al.</u>
                18-CV-8529 (JMF) (SN)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the City of New York, Captain Williams, Correction Officer Jackson, Grievance Representative Halstead, Warden Dunbar, Officer Foster, Officer Jani, and Captain Mitchell (collectively "defendants") in the above-referenced matter. In that capacity, defendants respectfully write to provide the Court with a status update, in accordance with Your Honor's order dated October 14, 2020 [*See* Docket Entry Number 105], and to request an extension of thirty (30) days from November 13, 2020 to December 11, 2020, so that the undersigned can mail plaintiff a new copy of the settlement paperwork, for plaintiff to sign, notarize, and return to the undersigned.

      Briefly, by way of background, in an order dated October 14, 2020, the Court stayed any and all deadlines in this matter, as the Court was informed that this matter was on the verge of settlement. *See* Docket Entry Number 105. On November 12, 2020, the undersigned and plaintiff reached a settlement in principle over the telephone, yet plaintiff had informed the undersigned that he had lost the previously mailed settlement paperwork. Accordingly, the undersigned is in the process of mailing plaintiff a new settlement packet for plaintiff to sign and notarize.

Accordingly, defendants respectfully request an extension of thirty (30) days from November 13, 2020 to December 11, 2020, so that the undersigned can mail plaintiff a new copy of the settlement paperwork, for plaintiff to sign, notarize, and return to the undersigned.

Thank you for your consideration herein.

        Respectfully submitted,

        *Joshua Kaufman*

        Joshua Kaufman
        *Assistant Corporation Counsel*
        Special Federal Litigation

cc: **BY FIRST CLASS MAIL**
Keith Drew, #19A3129
*Plaintiff Pro Se*
Mid-State Correctional Facility
9005 Old River Road
P.O. Box 2500
Marcy, NY 13403

**BY ECF**
E. Dubois Raynor, Esq.
*Counsel for Officer Gaskin*
Civil Rights Consortium, Inc.
547 North Avenue
New Rochelle, NY 10801

Application GRANTED. Defendants shall promptly serve a copy of this order on Plaintiff. The Clerk of Court is directed to terminate ECF No. 109. SO ORDERED.

November 16, 2020